# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **PHILLIP JONES**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09CV0048 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **BILLY EXCAVATION &** | ) | By: James P. Jones |
| **EQUIPMENT CORP.**, | ) | Chief United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed February 22, 2010, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report (DE 16) and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Default Judgment (DE 7) is GRANTED;

3. Judgment is entered in favor of the plaintiff Phillip Jones against the defendant Billy Excavation & Equipment Corp., in the amounts of $92,335.00 in compensatory damages; $5,000.00 in punitive damages; and $4,754.63 in costs, for a total of $102, 089.63; and

4. It appearing that the plaintiff seeks no further relief herein, the clerk shall close the case.

ENTER: March 15, 2010

/s/ JAMES P. JONES
Chief United States District Judge